

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00074-CV

_____

HARRIET NICHOLSON, Appellant

V.

NATIONSTAR MORTGAGE, LLC, Appellee

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-276347-15

Before Bassel, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Dismiss Appeal Pursuant to Tex. R. App. P. 42.1(a)." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: August 12, 2021